1 COOLEY LLP
  MICHELLE C. DOOLIN (179445)
2 (mdoolin@cooley.com)
  MEGAN L. DONOHUE (266147)
3 (mdonohue@cooley.com)
  VIVIENNE A. PISMAROV (345611)
4 (vpismarov@cooley.com)
  10265 Science Center Drive
5 San Diego, CA 92121-1117
  Telephone:    (858) 550-6000
6 Facsimile:    (858) 550-6420

7 MAXIMILIAN SLADEK DE LA CAL (324961)
  (msladekdelacal@cooley.com)
8 1333 2nd Street, Suite 400
  Santa Monica, CA 90401-4100
9 Telephone:    (310) 883-4100
  Facsimile:    (310) 883-6500

10
   Attorneys for Defendant
11 VNGR BEVERAGE, LLC d/b/a POPPI

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15 VANESSA JACKSON, on behalf of herself,        Case No. 4:24-cv-06666-HSG
   all others similarly situated, and the general
16 public,                                        **REVISED JOINT REQUEST TO EXTEND
                                                   TIME TO RESPOND TO THE COMPLAINT;
17          Plaintiff,                             ORDER**
                                                   Dept:      Courtroom 2
18     v.                                          Judge:     Judge Haywood S. Gilliam, Jr.

19 VNGR BEVERAGE LLC, d/b/a POPPI

20          Defendant.

21 This Document Relates to:
   Case No. 4:24-cv-03229-HSG
22

23

24

25

26

27

28

1    Pursuant to Civil Local Rules 6-2, 16-2, and 7-12, Plaintiff Vanessa Jackson ("Plaintiff")

2    and Defendant VNGR Beverage, LLC d/b/a Poppi ("Defendant" or "Poppi," and together with

3    "Plaintiff," the "Parties") hereby jointly stipulate and agree as follows:

4        1.   WHEREAS, on May 29, 2024, a putative class action was filed in this Court against

5    Poppi alleging violations of consumer protection laws, captioned *Cobbs v. VNGR Beverage, LLC*,

6    Case No. 4:24-cv-03229-HSG (the "*Cobbs* Action");

7        2.   WHEREAS, on May 29, 2024, a substantially similar putative class action,

8    involving the same questions of law and fact, was filed in the Northern District of California,

9    captioned *Lesh, et al. v. VNGR Beverage, LLC*, Case No. 4:24-cv-03612 (the "*Lesh* Action");

10        3.   WHEREAS, on June 27, 2024, the Court consolidated the *Cobbs* and *Lesh* Actions,

11   recaptioning the case to *In re VNGR Beverage LLC, Litigation* (the "Consolidated Action") and

12   setting deadlines for the filing of a consolidated amended complaint and related responsive filings;

13        4.   WHEREAS, on July 19, 2024, a third substantially similar putative class action,

14   involving the same questions of law and fact, was filed in the Northern District of California,

15   captioned *Megan Wheeler v. VNGR Beverage LLC*, Case No. 3:24-cv-04396 (the "*Wheeler*

16   Action");

17        5.   WHEREAS, on August 18, 2024, the parties in the Consolidated Action jointly

18   stipulated that the *Wheeler* Action should be consolidated into the Consolidated Action, that

19   plaintiffs would file a second consolidated amended complaint by August 20, 2024, and that Poppi

20   will respond to the second consolidated amended complaint by September 23, 2024;

21        6.   WHEREAS, on August 20, 2024, plaintiffs in the Consolidated Action filed the

22   Second Amended Consolidated Complaint ("SAC");

23        7.   WHEREAS, on August 21, 2024, the Court granted the parties' stipulation in the

24   Consolidated Action;

25        8.   WHEREAS, on September 23, 2024, Poppi filed its Motion to Dismiss the SAC in

26   the Consolidated Action;

27        9.   WHEREAS, on September 23, 2024, Plaintiff filed a putative class action in this

28   Court against Poppi alleging substantially similar issues of law and fact, captioned *Jackson v.*

*VNGR Beverage, LLC*, Case No. 4:24-cv-06666-HSG (ECF No. 1) (the "*Jackson* Action");

10. WHEREAS, Poppi's deadline to respond to the Complaint in the *Jackson* Action is November 22, 2024;

11. WHEREAS, Poppi's deadline to file a reply in support of the Motion to Dismiss in the Consolidated Action is due on November 12, 2024 and the hearing on Poppi's Motion to Dismiss is on December 5, 2024;

12. WHEREAS, on October 4, 2024, Poppi filed an Administrative Motion to relate the *Jackson* Action to the Consolidated Action, which was not opposed by any party;

13. WHEREAS, on October 11, 2024 the Court related the *Jackson* Action to the Consolidated Action;

14. WHEREAS, to advance the interests of judicial economy and efficiency, prevent duplication, and preserve the Court's and Parties' Resources, the Parties, therefore, respectfully submit that an extension of Defendant's time to respond to the Complaint in the *Jackson* Action is warranted;

15. WHEREAS, the Parties agree that Defendant need not answer, move, or otherwise respond to Plaintiff's Complaint in the *Jackson* Action until forty-five (45) days after the Court decides Poppi's pending Motion to Dismiss in the Consolidated Action, as the decision may have relevance to the related *Jackson* Action; and

16. WHEREAS, an initial case management conference is presently set in the *Jackson* Action for January 7, 2025 at 2:00 p.m. (ECF No. 10).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, through their undersigned counsel, as follows:

1. Defendant need not answer, move, or otherwise respond to Plaintiff's Complaint until forty-five (45) days after the Court decides Poppi's pending Motion to Dismiss in the Consolidated Action.

2. The Court may reset the initial case management conference, currently scheduled for January 7, 2025 at 2:00 p.m., to a later date.

3. The Parties are not waiving any rights, claims, or defenses of any kind except as

expressly stated herein, and the Parties reserve the right to seek further extensions of time as circumstances may warrant, subject to the Court's approval.

Dated: October 15, 2024

**COOLEY LLP**

*/s/ Megan L. Donohue*
MEGAN L. DONOHUE (266147)
(mdonohue@cooley.com)
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
VIVIENNE A. PISMAROV (345611)
(vpismarov@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:    (310) 883-4100
Facsimile:    (310) 883-6500

Attorneys for Defendant
VNGR BEVERAGE, LLC d/b/a POPPI

Dated: October 15, 2024

**FITZGERALD MONROE FLYNN PC**

*/s/ Melanie R. Monroe*
MELANIE R. MONROE (SBN 275423)
*mmonroe@fmfpc.com*
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
TREVOR FLYNN (SBN 253362)
*tflynn@fmfpc.com*
PETER GRAZUL (SBN 342735)
*pgrazul@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Telephone:    (619) 215-1741

Attorneys for Plaintiff
VANESSA JACKSON

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Northern District of California, Civil L.R. 5-1(i), I, Megan L. Donohue, hereby attest that the concurrence to the filing of the foregoing document has been obtained from the signatories.

Dated: October 15, 2024

COOLEY LLP

/s/ Megan L. Donohue
MEGAN L. DONOHUE (266147)
(mdonohue@cooley.com)
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
VIVIENNE A. PISMAROV (345611)
(vpismarov@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:    (310) 883-4100
Facsimile:    (310) 883-6500

Attorneys for Defendant
VNGR BEVERAGE, LLC d/b/a POPPI

## __ORDER__

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Court, having considered the parties' Revised Joint Request to Extend Time to Respond to the Complaint, pursuant to Civil Local Rules 6-2, 16-2, and 7-12, the Court hereby orders that Defendant VNGR Beverage, LLC's ("Defendant's") deadline to respond to respond to Plaintiff Jackson's ("Plaintiff's") Complaint is extended until forty-five (45) days after the pending Defendant's Motion to Dismiss in *In re VNGR Beverage, LLC Litig.*, Case No. 4:24-cv-03229-HSG (N.D. Cal.) is decided.  The initial case management conference scheduled for January 7, 2025 is hereby vacated and will be reset.

Dated:  10/15/2024

By: _Haywood S. Gill Jr._

Judge Haywood S. Gilliam, Jr.